DANIEL G. BOGDEN
United States Attorney
CRISTINA D. SILVA
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-6418

```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
        COUNSEL/PARTIES OF RECORD

        APR    2  2014

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PEDRO RIVERA,<br><br>Defendant. | CRIMINAL INDICTMENT<br><br>Case No.: 2:14- *124*<br><br>VIOLATION:<br><br>18 U.S.C §§ 922(g) and 924(a)(1) |

**THE GRAND JURY CHARGES THAT:**

<u>**COUNT ONE**</u>
Felon in Possession of a Firearm

On or about January 11, 2013, in the State and Federal District of Nevada,

**PEDRO RIVERA,**

defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: (1) a 2010 conviction, in the State of Nevada, for Attempt Possession of a Stolen Vehicle; (2) a 2004 conviction, in the State of California, for Taking Vehicle Without Owner's Consent; (3) a 2003 conviction, in the State of California, for Taking Vehicle Without Owner's Consent; and (4) a 1990 conviction, in the State of California, for Possession of a Stolen Vehicle, did knowingly possess a firearm, to wit: a Lorcin, model L380, .380 caliber semi-automatic pistol, bearing serial number 418685, said possession being in and affecting interstate commerce and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

1. The allegation of Count One of this Criminal Indictment is hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the felony offense charged in Count One and Count Two of this Criminal Indictment,

**PEDRO RIVERA,**

defendant herein, shall forfeit to the United States of America, any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(g)(1):

    a. a Lorcin, model L380, .380 caliber semi-automatic pistol, serial number 418685;

       and

    b. any and all ammunition ("property").

All pursuant to Title 18, United States Code, Section 922(g)(1); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

DATED: this 2nd day of April, 2014.

A TRUE BILL:

                                         /s/
                           FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

*[signature]* for
CRISTINA D. SILVA
Assistant United States Attorney