RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
Nevada State Bar No. 8124
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brenda_weksler@fd.org

Attorney for Peter Pedro Rivera

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>PEDRO RIVERA,<br><br>　　　　　Defendant. | Case No. 2:14-cr-124-KJD-CWH<br>Case No. 2:17-cr-256-JCM-CWH<br><br>**UNOPPOSED MOTION TO CONSOLIDATE CASES** |

Defendant, Peter Pedro Rivera, by and through his attorney of record, hereby files this Unopposed Motion to Consolidate Cases in 2:14-cr-124-KJD-CWH and 2:17-cr-256-JCM-CWH.

The defendant, Peter Pedro Rivera, is facing a violation of supervised release in two cases: 2:14-cr-124-KJD-CWH as well as in case 2:17-cr-00256-JCM-CWH. The conduct underlying the alleged violations is the same in both cases. Mr. Rivera respectfully requests that these cases be consolidated.

Mr. Rivera currently has a violation hearing scheduled before Judge Dawson on Tuesday July 3, 2018 at 9:00 am and before Judge Mahan on July 13, 2018 at 10:00 am.

Mr. Rivera respectfully requests that one of these courts undertake the violations and that the other court vacate the hearing. Mr. Rivera will be ready to proceed on either of the currently scheduled dates.

The government does not oppose this request.

DATED this 2nd day of July, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Brenda Weksler*<br>By_____<br>BRENDA WEKSLER<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

IT IS SO ORDERED

DATED this _2nd_ day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON